SEALED

AUSA CHASE

SEALED

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JAYSON GUTIERREZ<br><br>_Defendant(s)_ | Case No. 21-6526-STRAUSS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 28, 2021** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 846, and 841(b)(1)(A)(viii) | Possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and Conspiracy to do the same. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_Complainant's signature_

Crystal Connors; DEA Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

Date: 09/17/2021

_Judge's signature_

City and state: Fort Lauderdale, Florida

JARED STRAUSS; U.S. MAGISTRATE JUDGE
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Crystal Connors, being duly sworn, hereby state as follows:

1. I am a Special Agent of the Drug Enforcement Administration ("DEA") assigned to the Miami Field Division. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I have been a Special Agent with DEA since November 2012. I have specialized in investigations involving narcotics trafficking and money laundering. I have received training about narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession and distribution of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who were directly involved in the matter or have personal knowledge of the facts herein. The affidavit does not include all the information known to me, but only information sufficient to establish probable cause for the arrest of Jayson GUTIERREZ for violations of Title 21, United States Code, Sections 841(a)(1), 846, and 841(b)(1)(A)(viii), relating to possession with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and conspiracy to do the same.

3. During the month of December 2020, your affiant learned that Jaret Brietstein ("Brietstein") was a methamphetamine trafficker operating in Broward County, Florida. As part of an ongoing investigation, on or about January 28, 2021, an undercover detective ("UC") from the Broward County Drug Task Force made telephonic contact with Brietstein and

ordered four ounces of methamphetamine. During this recorded telephone call, the UC and Brietstein agreed to conduct the transaction later that afternoon at the Festival Market Place located at 2900 West Sample Road, Pompano Beach, Broward County, Florida. On this date, law enforcement observed Brietstein arrive at the Festival Market Place driving a black Fiat. Brietstein parked next to the UC vehicle and engaged in conversation with the UC. Brietstein advised the UC that he did not have the methamphetamine in his possession but that his friend would be arriving with it shortly.

4.     A short time later, Brietstein left the UC to park next to a white GMC SUV bearing Florida tag CNB-D21, registered to Jayson GUTIERREZ ("GUTIERREZ"). Law enforcement was later able to confirm by viewing his Florida Drivers' License photograph which is Exhibit A that GUTIERREZ was indeed the driver of the white GMC SUV. Agents and detectives observed Brietstein meet with GUTIERREZ briefly. After meeting with GUTIERREZ, Brietstein drove directly back to the UC. Brietstein parked and entered the passenger side of the UC's vehicle. During the ensuing audio and video-recorded meeting, Brietstein provided the UC with approximately four ounces of crystal methamphetamine in exchange for $1,900 of DEA Official Funds. The UC and Brietstein agreed to conduct future transactions. An analysis later conducted by a DEA forensic chemist found the substance purchased by the UC on January 28, 2021 to be 113.38 grams of methamphetamine with a purity of 93% meaning 105.44 grams of actual methamphetamine was sold during this transaction.

5.     After the sale of the methamphetamine to the UC was completed, Brietstein exited the UC's vehicle, re-entered the Fiat, and drove to the white GMC SUV registered to GUTIERREZ. Brietstein and GUTIERREZ were subsequently seen by Broward County Sheriff's Office air wing chasing money that the wind had blown. A photograph marked as Exhibit B shows the male

driver outside of the GMC SUV at the Festival Market Place. Brietstein and GUTIERREZ eventually departed in their separate vehicles.

6. Law enforcement maintained surveillance of GUTIERREZ' white GMC SUV. Law enforcement followed GUTIERREZ' white GMC SUV to the BP gas station located at 2690 West Sample Road, Pompano Beach, Broward County, Florida. Two law enforcement officers viewed the male driving GUTIERREZ' white GMC SUV. After viewing the attached Florida driver's license photograph of GUTIERREZ, both law enforcement officers that saw the male driving GUTIERREZ' white GMC SUV were able to positively identify GUTIERREZ as the male driver of white GMC SUV. Exhibit C is a photograph that shows the male driver of the GMC SUV at the BP gas station holding money.



EXHIBIT A                EXHIBIT B                EXHIBIT C

7. After leaving the BP gas station, law enforcement followed GUTIERREZ' white GMC SUV to the Home Depot located at 4450 North State Road 7, Coconut Creek, Broward County, Florida. A third law enforcement officer followed the male driver of GUTIERREZ' white GMC

SUV inside of the Home Depot and made a positive identification of GUTIERREZ as the driver of his white GMC SUV.

8. Based on the above information and facts, your affiant submits there is probable cause to believe that Jayson GUTIERREZ, in Broward County, Florida, on or about January 28, 2021, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers and conspired to do the same, in violation of Title 21, United States Code, Sections 841(a)(1), 846, and 841(b)(1)(A)(viii).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Crystal Connors
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me in accordance with Fed.R.Crim.P.4.1 by FaceTime this 17th day of September 2021.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE