FILED by KS D.C.
Sep 30, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60285-CR-DIMITROULEAS/SNOW

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

JAYSON GUTIERREZ,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about January 28, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JAYSON GUTIERREZ,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to the defendant, **JAYSON GUTIERREZ,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers. in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 2

On or about January 28, 2021, in Broward County, in the Southern District of Florida, the defendant,

**JAYSON GUTIERREZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JAYSON GUTIERREZ,

                Defendant/.

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)   [ ] Yes   [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take **4** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    [✓]
   - II    6 to 10 days
   - III    11 to 20 days
   - IV    21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdemeanor
   - Felony    [✓]

6. Has this case previously been filed in this District Court? (Yes or No) _____
   If yes: Judge_____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-6526-STRAUSS**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **09/17/2021**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

                                                _____
                                                DONALD F. CHASE, II
                                                Assistant United States Attorney
                                                Court ID No.     A5500077

*Penalty Sheet(s) attached                                                                                   REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JAYSON GUTIERREZ

**Case No:** _____

Count 1

Conspiracy to Possess with Intent to Distribute Methamphetamine

21 U.S.C. §§ 841(a)(1), 846 and 841(b)(1)(A)(viii)

*Max. Penalty:** Life Imprisonment (10 years mandatory minimum); at least 5 years of supervised release up to life; $10,000,000 fine; and $100 special assessment.

Count 2

Possession with Intent to Distribute Methamphetamine

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)

*Max. Penalty:** Life Imprisonment (10 years mandatory minimum); at least 5 years of supervised release up to life; $10,000,000 fine; and $100 special assessment.

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.