UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60285-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

JAYSON GUTIERREZ,

       Defendant.
_____/

**STIPULATED FACTUAL PROFFER FOR GUILTY PLEA**

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, personally and through his attorney, hereby submit this stipulated factual proffer to establish the Defendant's guilt of Count Two of the Indictment. The parties agree that the below factual proffer is a summary relating to the defendant's conduct and does not include every detail of the offense but are sufficient to establish the elements of the offense. The defendant further agrees that the facts below were committed knowingly, willfully, and voluntarily.

COUNT 2
JANUARY 28, 2021 SALE OF 113.38 GRAMS OF METHAMPHETAMINE FOR $1900.00

1.    As part of an ongoing investigation, on or about January 28, 2021, an undercover detective ("UC") from the Broward County Drug Task Force made telephonic contact with Jaret Brietstein ("Brietstein") and ordered four ounces of methamphetamine. During this recorded telephone call, the UC and Brietstein agreed to conduct the transaction later that afternoon at the Festival Market Place located at 2900 West Sample Road, Pompano Beach, Broward County, Florida. On this date, law enforcement observed Brietstein arrive at the Festival Market Place driving a black Fiat. Brietstein parked next to the UC vehicle and engaged in conversation with the UC. Brietstein advised

[1]

the UC that he did not have the methamphetamine in his possession but that his friend would be arriving with it shortly.

2.  A short time later, Brietstein left the UC to park next to a white GMC SUV bearing Florida tag CNB-D21, registered to Jayson Gutierrez ("Gutierrez"). Law enforcement was later able to confirm by viewing his Florida Drivers' License photograph which is Exhibit A that Gutierrez was indeed the driver of the white GMC SUV. Agents and detectives observed Brietstein meet with Gutierrez briefly. After meeting with Gutierrez, Brietstein drove directly back to the UC. Brietstein parked and entered the passenger side of the UC's vehicle. During the ensuing audio and video-recorded meeting, Brietstein provided the UC with approximately four ounces of crystal methamphetamine in exchange for $1,900 of DEA Official Funds. The UC and Brietstein agreed to conduct future transactions.

3.  After the sale of the methamphetamine to the UC was completed, Brietstein exited the UC's vehicle, re-entered the Fiat, and drove to the white GMC SUV registered to Gutierrez. Brietstein and Gutierrez were subsequently seen by Broward County Sheriff's Office air wing chasing money that the wind had blown. A photograph marked as Exhibit B shows the male driver outside of the GMC SUV at the Festival Market Place. Brietstein and Gutierrez eventually departed in their separate vehicles.

4.  Law enforcement maintained surveillance of Gutierrez' white GMC SUV. Law enforcement followed Gutierrez' white GMC SUV to the BP gas station located at 2690 West Sample Road, Pompano Beach, Broward County, Florida. Two law enforcement officers viewed the male driving Gutierrez' white GMC SUV. After viewing the attached Florida driver's license photograph of Gutierrez, both law enforcement officers that saw the male driving Gutierrez' white GMC SUV were

able to positively identify Gutierrez as the male driver of white GMC SUV. Exhibit C is a photograph that shows the male driver of the GMC SUV at the BP gas station holding money.

  

EXHIBIT A                    EXHIBIT B                    EXHIBIT C

5. After leaving the BP gas station, law enforcement followed Gutierrez' white GMC SUV to the Home Depot located at 4450 North State Road 7, Coconut Creek, Broward County, Florida. A third law enforcement officer followed the male driver of Gutierrez' white GMC SUV inside of the Home Depot and made a positive identification of Gutierrez as the driver of his white GMC SUV.

6. An analysis later conducted by a DEA forensic chemist found the substance purchased by the UC on January 28, 2021 to be 113.38 grams of methamphetamine with a purity of 93% meaning 105.44 grams of actual methamphetamine was sold during this transaction.

7. By his signature below, the defendant verifies that:

    A) he has read or had read to him and understood the foregoing;

    B) the stipulated factual record is true and correct;

C) he signs this document freely and voluntarily after he has received the advice of his counsel.

Respectfully submitted,

UNITED STATES OF AMERICA

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 12/21/21        By: *Donald F. Chase, II*
                           DONALD F. CHASE, II
                           ASSISTANT UNITED STATES ATTORNEY

                           DEFENDANT

Date: 12/21/21        By: *[signature]*
                           SIDNEY FLEISCHMAN
                           ATTORNEY FOR THE DEFENDANT

Date: 12/21/21        By: *[signature]*
                           JAYSON GUTIERREZ
                           DEFENDANT

[4]